NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**JACKSON JEAN,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

_____

2024-2022

_____

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-7765, Judge Scott Laurer.

_____

## **O R D E R**

The appellant having failed to file the required Notice of Unrepresented Person Appearance

2                                                    JEAN V. MCDONOUGH


    ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.




                                        FOR THE COURT




September 18, 2024                         Jarrett B. Perlow
        Date                                Clerk of Court